UNITED STATES DISTRICT COURT
For the Northern District of Illinois CM/ECF NextGen 1.6.3
Eastern Division

Dalton Kim, et al.
      Plaintiffs,

v.               Case No.: 1:22-cv-05689
               Honorable Joan B. Gottschall

Chemglass, Inc., et al.
      Defendants.

## Stipulation by Plaintiffs to Voluntarily Dismiss Action Without Prejudice Pursuant to Rule 41 (a)(1)(A)(ii)

Now come the plaintiffs Dalton Kim and Anne Sophie-Kim, by their attorneys, Lane & Lane, LLC, and stipulate to a voluntary dismissal of the above action without prejudice.

_/s/ Stephen I. Lane_
Stephen I. Lane, counsel for Plaintiffs, Lane & Lane, LLC, 230 W. Monroe Street, Ste. 1900, Chicago, IL 60606;
312-332-1400
312-899-8003 – fax
stevelane@lane-lane.com

Master Appliance was named as respondent in discovery in Circuit Court action – has not appeared in this action.
Michael D. Krause, Counsel for Master Appliance Corp., Connolly Krause LLC, 500 West Madison Street, Ste. 3900, Chicago, IL 60661
312-253-6200
312-253-6201 – Fax
mkrause@cktrials.com

/s/Eugene A. Schoon (with permission)
Eugene A. Schoon, Counsel for Northwestern University, Reiter Burns LLP, 311 S. Wacker Drive, Ste. 5200, Chicago, IL 60606
312-586-1015
gschoon@reiterburns.com

/s/ Hanson L. Williams (with permission)
Hanson L. Williams, Counsel for Chemglass, Inc., and Chemglass Life Sciences, Inc., Law Offices of Ronald R. Aeschliman, 20 N. Clark Street, Ste. 2725, Chicago, IL 60602
312-267-8649
hawilliams@hanover.com

Respectfully submitted,

*/s/ Stephen I. Lane*

Stephen I. Lane
Counsel for Plaintiffs
Lane & Lane, LLC
230 W. Monroe Street, Ste. 1900
Chicago, IL 60606
312-332-1400
312-899-8003 – fax
stevelane@lane-lane.com